COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | | |
|---|---|---|---|
| JAMES REVELES, | § | | No. 08-16-00073-CV |
| Appellant, | § | | Appeal from the |
| v. | § | | County Court at Law No. 6 |
| OEP HOLDINGS, LLC and MVT SERVICES, LLC, | § | | of El Paso County, Texas |
| | § | | |
| Appellees. | § | | (TC# 2014DCV3664) |
| | § | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the summary judgment. We therefore reverse the summary judgment of the court below and remand the cause to the trial court for further proceedings. We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF DECEMBER, 2018.


GINA M. PALAFOX, Justice

Before McClure, C.J., Palafox, J., and Chew, C.J. (Senior Judge)
Chew, C.J. (Senior Judge), sitting by assignment